UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

KEVIN BERGLUND,

Plaintiff,

v.

CIVIL NO. 00-1699 (DSD/JMM)

ORDER

CITY OF MAPLEWOOD, DON WINGER, MIKE RYAN, DAVE THOMALLA and JOHN BANICK,

Defendants.

The above matter came on for hearing before the undersigned on July 6, 2001 upon Plaintiff's Motion to Consolidate Cases [Docket No. 17]. Dan Nelson, Esq. appeared on behalf of Plaintiff. Pierre Regnier, Esq. appeared on behalf of Defendants.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Consolidate Cases [Docket No. 17] is denied without prejudice for the reasons placed on the record.

Dated: July 6, 2001

JOHN M. MASON
United States Magistrate Judge

JUL 06 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS