UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1699(DSD/JMM)

Kevin Berglund,

Plaintiff,

v.

**ORDER**

City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; Dave Thomalla, an individual; and John Banick, an individual

Defendants.

This matter is before the court on plaintiff's appeal of Magistrate Judge John M. Mason's order dated July 6, 2001, in which the magistrate judge denied plaintiff's motion to consolidate his case with Zick v. City of Maplewood, et al., Civil Case No. 00-105.

Plaintiff's one-page notice of appeal is dated nineteen days after the magistrate judge issued his order and contends only that the appeal is "based upon all of the files, records, and proceedings herein." (Doc. No. 41.) The notice is untimely and fails to adequately set forth the basis for plaintiff's appeal, see Fed. R. Civ. P. 72(a) and L.R. 72.1(b)(2), and it must be dismissed.

FILED 8-15-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Therefore, based on a review of the file and record herein, **IT IS HEREBY ORDERED** that: the motion by plaintiff for consolidation of cases [Doc. No. 41] is denied without prejudice.

Dated: August 13, 2001

David S. Doty, Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500