UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Berglund,

Plaintiff,

Civil No. 00-1699 (DSD/JMM)

v.

City of Maplewood, Minnesota;
Don Winger, an individual;
Mike Ryan, an individual;
David Thomalla, an individual;
and John Banwick, an individual,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $813.00 | $775.00 |
| Fees for audio tapes | $25.00 | $0 |
| Fees for VHS tapes | $51.36 | $51.36 |
| Fees for expert services | $3,610.00 | $0 |
| Fees for deposition transcripts | $5,828.85 | $5,007.50 |
| TOTAL: | $10,328.21 | $5,833.86 |

Costs, therefore, are taxed in the sum of Five Thousand Eight Hundred Thirty Three and 86/100 Dollars ($5,833.86) in favor of Defendant City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; David Thomalla, an individual; and John Banwick, an individual and against Plaintiff Kevin Berglund and judgment is entered accordingly. Motion for

FILED SEP 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 15, 2003.

RICHARD D. SLETTEN, CLERK

By__________________________

Brian J. Saame
Law Clerk