UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1699 (DSD/JMM)

Kevin Berglund,

Plaintiff,

v.

**ORDER**

City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; David Thomalla, an individual; and John Banick, an individual,

Defendants.

Dan K. Nelson, Esq. and Nelson Law Office, 871 Seventh Street East, St. Paul, MN 55106, counsel for plaintiff.

Pierre N. Regnier, Esq., Joseph E. Flynn, Esq., Katherine E. Kennedy, Esq. and Jardine Logan & O'Brien, 2100 Piper Jaffray Plaza, 444 Cedar Street, St. Paul, MN 55101-2179, counsel for defendants.

This matter is before the court upon plaintiff's correspondence dated September 25, 2003, which the court construes as a pro se motion seeking review the clerk's taxation of costs pursuant to Federal Rule of Civil Procedure 54(d)(1). Based upon a review of the file, record and proceedings herein, and for the reasons stated, the court grants plaintiff's motion.

Federal Rule of Civil Procedure 54(d)(1) directs that "costs other than attorneys' fees shall be allowed as of course to the prevailing party unless the court otherwise directs." Defendants

FILED NOV 1 7 2003
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

in this matter filed a verified bill of costs on July 28, 2003. The clerk denied certain costs claimed by defendants, approved costs in the amount of $5,833.86 and entered judgment in that amount on September 15, 2003. (See Cost Judgment.)

Rule 54(d)(1) allows a party against whom costs are taxed five days to object following the clerk's action. See Fed. R. Civ. P. 54(d)(1). The court may extend the five-day period in accordance with Rule 6(b) . See Fed. R. Civ. P. 6(b); see also Lorenz v. Valley Forge Ins. Co., 23 F.3d 1259, 1261 (7th Cir. 1994); 10 Charles Alan Wright, Arthur R. Miller & Mary Kay Kane, Federal Practice and Procedure § 2679 (3d ed. 1998). Plaintiff delivered his motion to the clerk on September 26, 2003. (See Pl.'s Letter of Sept. 25, 2003.) The time for objection allowed by Rule 54(d)(1) had expired on September 22, 2003.

Plaintiff has represented that he had no notice of the filing of the bill of costs or of the clerk's entry of judgment until defendants' counsel wrote to him demanding that he satisfy the judgment. (See id.) The court observes from the file that, indeed, the clerk did not notify plaintiff of these events. Rather, the clerk sent notice to plaintiff's former counsel, who withdrew from this matter on November 23, 2001. In light of the circumstances, the court finds that plaintiff's failure to file his objection seasonably is "excusable" within the meaning of Rule 6(b). See Fed. R. Civ. P. 6(b).

Accordingly, the court orders as follows:

1. Plaintiff shall file and serve upon defendants' counsel, in writing, his specific objections to the costs taxed by the clerk by no later than December 15, 2003.

2. Defendants may file and serve upon plaintiff a written response to plaintiff's objections by no later than December 30, 2003.

3. The parties shall, in all other respects, conform to the Local Rules of this district concerning civil motion practice.

4. The clerk shall forward a copy of this order, and copies of any further orders issued in this matter, to plaintiff at 1929 Kingston Avenue, Maplewood, MN, 55109.

Dated: November 17, 2003

David S. Doty, Judge
United States District Court

For Immediate Release
October 30, 2003

# PRESS RELEASE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
300 South Fourth Street, Suite 202, Minneapolis, Minnesota
Contact: Richard D. Sletten, Clerk, (612) 664-5026

## FEDERAL COURT AMENDS LOCAL PRACTICE RULES

The U.S. District Court for the District of Minnesota announces the approval, of amendments to its local rules of practice recommended by the Court's Federal Practice Committee chaired by Minneapolis Attorney Jeff Keyes of the Briggs and Morgan law firm.

Local Rules 67.1 and 83.11 amendments:

### LR 67.1 MONEY PAID INTO COURT

Unless otherwise ordered by the Court, all monies coming into the registry of this Court shall be deposited in an interest bearing account in a depository approved by the Treasurer of the United States, subject to withdrawl by checks drawn by the Clerk of Court pursuant to orders of the Court. The Clerk of Court shall deduct from the income earned on the investment a registry fee, as set by the Director of the Administrative Office of the United States Courts. The fee will be deducted when funds are withdrawn and distributed. For further registry fee information, refer to the Guide to Judiciary Policy and Procedures Chapter VII, Financial Management, Part I, Registry Funds.

### LR 83.11 DIVISIONS, OFFICES OF THE CLERK, CALENDARS

(a) Divisions. The State of Minnesota constitutes one judicial district, divided into six divisions. Cases in this District are assigned to particular divisions and particular judges pursuant to the Order for Assignment of Cases that has been adopted by the Judges of the District Court. The Order for Assignment of Cases may be modified from time to time as the District Court Judges see fit.

(b) Offices of the Clerk. The Clerk of Court maintains offices in St. Paul, Minneapolis, and Duluth. The St. Paul, Minneapolis and Duluth offices are open from 8:00 a.m. to 5:00 p.m. All offices are open Monday through Friday, with the following exceptions: New Year's Day; Martin Luther King, Jr.'s Birthday; President's Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veterans Day; Thanksgiving Day; and Christmas Day.

The files for matters pending before the Court are maintained in the office in the division to which the case is assigned. However, papers relative to any case may be filed in any office.

(c) Calendars. The Court operates on an individual calendar system. Judges in active service are assigned and assume responsibility for their proportionate share of the total cases filed in the district. Inquiries as to motions, probable trial date, or other matters having to do with a particular case may be addressed to the deputy clerk serving as calendar clerk for the Judge to whom the case has been assigned.