UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Berglund,

Plaintiff, Civil No. 00-1699 (DSD/JMM)

v.

City of Maplewood, Minnesota;
Don Winger, an individual;
Mike Ryan, an individual;
David Thomalla, an individual;
and John Banick, an individual,

Defendants.

COST JUDGMENT

Pursuant to the Order of the District Court, [Docket No. 59], the costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $813.00 | $387.50 |
| Fees for audio tapes | $25.00 | $0 |
| Fees for VHS tapes | $51.36 | $25.68 |
| Fees for expert services | $3,610.00 | $0 |
| Fees for deposition transcripts | $5,828.85 | $2,503.75 |
| TOTAL: | $10,328.21 | $2,916.93 |

Costs, therefore, are taxed in the sum of Two Thousand Nine Hundred Sixteen and 93/100 Dollars ($2,916.93) in favor of Defendant City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; David Thomalla, an individual; and John Banick, an individual and against Plaintiff Kevin Berglund and judgment is entered accordingly.

Dated at Minneapolis, Minnesota, this day of April 26, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk