UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1699 (DSD/JMM)

Kevin Berglund,

Plaintiff,

v. **ORDER**

City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; David Thomalla, an individual; and John Banick, an individual,

Defendants.

This matter is before the court upon its own motion to establish a briefing schedule for plaintiff's proposed "motion to compel for specific performance," for which plaintiff has requested a hearing currently scheduled for October 15, 2004.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff must file the motion, notice of motion, memorandum of law, affidavits and exhibits (if necessary) and proposed order no later than September 15, 2004.

2. Defendant may file a memorandum of law in response to the motion, along with any affidavits and exhibits, no later than September 30, 2004.

3. If, after reviewing the file, record and written submissions of the parties, the court determines that the matter may be fairly decided without oral argument, the court shall so inform the parties.

Dated: August 31, 2004

s/David S. Doty
David S. Doty, Judge
United States District Court