Original

RECEIVED
SEP 15 2004
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Kevin Berglund,
Plaintiff,

v.

City of Maplewood, Minnesota;
Don Winger, an individual;
Mike Ryan, an individual;
David Thomalla, an individual; and,
John Banick, an individual,
Defendants.

**NOTICE OF MOTION AND MOTION**

Civil No. 00-1699 (DSD/JMM)
Judge Doty

TO THE ABOVE-NAMED DEFENDANTS, through their attorney, Mr. Pierre N. Regnier, Jardine, Logan and O'Brien, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042:

YOU WILL PLEASE TAKE NOTICE, that on the 15th day of October, 2004, at 9:00 a.m. or as soon thereafter as counsel can be heard, at the U.S. Court House in Minneapolis in front of Judge Doty, the Plaintiff will request an order as follows:

1. Ordering that under FED. R. CIV. P. 60(b)(6) Plaintiff be granted relief from the operation of the cost judgment entered in Minnesota Federal District Court Civil No. 00-1699, Kevin Berglund vs. City of Maplewood, et al.;

2. Ordering that the Stipulation, dated August 20, 2003, filed of record for Minnesota Federal District Court Civil No. 00-105, Robert Zick vs. City of Maplewood, et al. (the "Zick Stipulation"), is judicially recognized and that by its plain and unambiguous language operates to defray the final cost judgment ordered in Minnesota Federal District Court Civil No. 00-1699, Kevin Berglund vs. City of Maplewood, et al.;



SCANNED
SEP 15 2004
U.S. DISTRICT COURT ST. PAUL

3. Ordering that the amount of $416.93 tendered by Plaintiff Berglund, when combined with the $2,500.00 paid under the Zick Stipulation, constitutes payment in full of the costs taxed on April 26, 2004 in favor of the Defendants;

4. Ordering that Defendants accept the amount of $416.93 tendered by Plaintiff Berglund;

5. Ordering that a Satisfaction of Judgment be entered upon the record for Minnesota Federal District Court Civil No. 00-1699, Kevin Berglund vs. City of Maplewood, et al. , upon Plaintiff's check to Defendants clearing the bank; and

6. For such other and further relief as the Court deems just and equitable.

This motion is based upon the attached memorandum of law, affidavit, exhibits, and all the files, records, and proceedings of record.

Dated: Sept 15, 2004

PLAINTIFF

Kevin Berglund

Kevin Berglund, Pro se
1929 Kingston Avenue
Maplewood, MN 55109
651-777-6277