RECEIVED
SEP 15 2004
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Kevin Berglund**
**Plaintiff**

**Vs.**

**City of Maplewood, Minnesota;**
**Don Winger, an individual;**
**Mike Ryan, an individual;**
**David Thomalla, an individual; and,**
**John Banick, an individual,**
**Defendants.**

Case No. Civil No. 00-1699 (DSD/JMM)

**AFFIDAVIT OF SERVICE**

---

I, Kevin Berglund, did serve **Notice of Motion and Motion, Memorandum of Law, Affidavit with Exhibits, and proposed Order** in the above-referenced case upon the City of Maplewood, et al. by delivering the same to its attorney, Mr. Pierre Regnier, Esq., Jardine Logan and O'Brien, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042, this 15th day of September, 2004.

Kevin Berglund

SCANNED
SEP 15 2004
U.S. DISTRICT COURT ST. PAUL