**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Berglund,
Plaintiff,
v.

City of Maplewood, Minnesota; Don Winger, an individual; Mike Ryan, an individual; David Thomalla, an individual; and John Banick, an individual,

Defendants.

Case No: 00-1699 (DSD/JMM)

***CERTIFICATE OF SERVICE***

---

I hereby certify that on September 27, 2004, I caused the following documents:

***Defendants' Memorandum of Law in Opposition to Plaintiff's Motion Under Rule 60(b)(6)***
***Affidavit of Pierre N. Regnier***
***Certificate of Service***

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Pierre N. Regnier pregnier@jlolaw.com sfalzone@jlolaw.com
Joseph E. Flynn jflynn@jlolaw.com nhendrickson@jlolaw.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

MR. KEVIN BERGLUND
1929 KINGSTON AVE
MAPLEWOOD MN 55109

Dated: September 27, 2004.

By: s/ Pierre N. Regnier
Pierre N. Regnier
Attorney Registration No: 90232
Attorney for Defendants
JARDINE, LOGAN & O'BRIEN, P.L.L.P.
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, Minnesota 55042
Phone: 651/290-6500
Fax: 651/223-5070
Attorney's E-Mail Address: pregnier@jlolaw.com